IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL ANTHONY WRIGHT, SR.

                      Plaintiff,                  MEMORANDUM

  v.

                                              12-cv-870-bbc

CHARLES BAYNTON, SCOTT HOFTIEZER
and BETH DITTMANN[1],

                    Defendants.

---

The Wisconsin Department of Justice has indicated that it will represent defendants Baynton, Hoftiezer and Dittmann in this case. Pursuant to an informal service agreement between the Department of Justice and this court, the Department has agreed to accept electronic service of documents on behalf of the defendants it represents. Therefore, for the remainder of this lawsuit, plaintiff does not have to send a paper copy of each document he files with the court to the Department. All he has to do is submit the document to the court, and the Department will access the document through the court's electronic filing system.

Discovery requests or responses are an exception to the electronic service rule. Usually, those documents should be sent directly to counsel for the opposing party and do not have to be sent to the court. Discovery procedures will be explained more fully at the preliminary pretrial conference.

Entered this 6th day of February, 2013.

                                      BY THE COURT:

                                      /s/

                                      STEPHEN L. CROCKER
                                      Magistrate Judge

---

[1] I have amended the caption to replace Doctor Bayton with the name Charles Baynton, the name Doctor Hoffiezer with the name Scott Hoftiezer and H.S.U. Manager B. Dittman with the name Beth Dittmann as identified in the Acceptance of Service.