DEPARTMENT OF CORRECTIONS — WISCONSIN
Division of Adult Institutions
DOC-3428 (Rev. 5/2012)

# HCV TREATMENT EVALUATION CARE PLAN

PATIENT NAME (Last, First) | DOC NUMBER | DATE OF BIRTH

MR Date _____   ☐ Positive HCV Ab (EIA)   Date _____   ☐ HCV educational info given   Date _____
☐ Complete DPH Form 4151 Communicable Disease Report   Date _____   ☐ Order qualitative HCV PCR   Date _____
☐ Negative Qualitative HCV PCR. If negative, order ☐ Repeat PCR in 6 months to verify & **STOP** (Not Infected)   Date _____
☐ Positive HCV PCR Date _____   ☐ Is there evidence of both HBV & HAV immunity by history or documentation? ☐ Yes ☐ No
If No, order:   ☐ HAV   &   ☐ HBV   vaccines as appropriate
☐ If HIV Positive refer to immunology and follow their recommendations regarding HCV treatment   Date _____

☐ Any past HCV Treatment? ☐ Yes ☐ No   If Yes, Outcome: _____
☐ Try to establish duration of HCV infection by history: _____
☐ Order HCV f/u appointment in ~ 3-4 months (if new intake) to assess for possible HCV treatment. Or proceed to Step 2.

## Step 2 – Hepatitis C Treatment Contraindications (see reverse for further details)

☐ Yes ☐ No   Serious concurrent unstable medical condition        ☐ Yes ☐ No   Insufficient time to complete treatment (generally 1 year)
☐ Yes ☐ No   Severe uncontrolled psychiatric disease especially    ☐ Yes ☐ No   Currently pregnant
                  depression with suicide risk                     ☐ Yes ☐ No   Refuses treatment
☐ Yes ☐ No   Hypersensitivity to treatment agents                  ☐ Yes ☐ No   Continuing drug or alcohol use in the last 6 months

**If "Yes" was checked for any of the 7 above indications in Step 2, then go to Step 4 monitoring now**

Previous genotype 1 patients who were relapsers or partial responders to Peg-intron & Ribavirin Tx may be considered on a case by case basis

## Step 3 - Treatment Work-Up:   Criteria Met for Tx evaluation    |    Criteria Not Met

☐ Criteria Met (including psych, CV clearance as indicated on reverse)   |   ☐ Criteria not met – Date _____

Date _____                                                              Reason _____
☐ Obtain Patient Consent for Treatment   Date _____                     ☐ Handout # 3   Initiate Step 4 Monitoring   Date _____

☐ Baseline Tests : CBCD, TSH, INR, Cr, Ferritin, Fe sat, ANA, U/A, Uric acid, ALT, AST, TBili, HCV viral load, HCV genotype and recent HIV.
Also:   Recent Hep A & B testing (if indicated) and EKG & DFE.   HCV genotype _____   HCV Viral Load _____ IU/ml
If patient is viral genotype 1 or 4, at least 1 year remains prior to discharge   ☐ Yes – proceed with assessment of liver fibrosis
                                                                                   ☐ No – go to Step 4 monitoring

### HCV viral Genotype 1 or 4, 5, 6                              | ### HCV viral Genotype 2 or 3
Determine need for liver biopsy: Bx required unless cirrhosis already known to be present, use APRI score to prioritize for bx.

☐ Calculate APRI score   (see reverse) _____                           ☐ File Class III for treatment recommendations from UW
☐ Liver Bx results:
          Stage _____   Date _____                                    ☐ Denied   Date _____   Handout #3 - Initiate Step 4 Monitoring
If Bx ≥ Stage II fibrosis, proceed.   If not, go to Step 4 Monitoring
☐ If genotype 1, order the IL 28B genotype test.   Date _____           ☐ Approved –   Date _____
   IL 28B genotype Results   ☐ CC  ☐ CT  ☐ TT
☐ File Class III for treatment recommendations from UW and follow         ☐ Obtain Treatment Recommendations from UW   Date _____
   protocol as outlined for Genotype 2 or 3 on the right.

## Step 4 – Monitoring of patients who do not qualify for treatment

☐ Have a plan for each patient, and outline the plan clearly in the Problem List and Progress notes
☐ Ensure baseline HIV, CBCD, INR, ALT, AST, Tbili, alk phos, albumin, Cr, Ferritin, Fe sat, & ANA results are on chart
☐ Obtain ALT, AST, Tbili, Albumin, INR at six month intervals
☐ Obtain CBCD yearly and (if genotype 1) calculate APRI score (see reverse) _____
☐ For patients with past liver biopsies, determine timing of possible re-biopsy. (see reverse for criteria)
☐ Annual review to reassess status of patient regarding possible treatment candidacy.

DISTRIBUTION: Original – Medical Chart, Care Plan Section

EXHIBIT D  000001

## STEP 1 – INITIAL EVALUATION FOR HCV Ab+ PATIENTS

**For a positive HCV Ab test result:**
  a) Complete DPH Form 4151 Communicable Disease Report. No need to wait for PCR results, DPH can access PCR data once form is filed.
  b) Obtain a new blood specimen for the required confirmatory testing, a HCV <u>Qualitative</u> Polymerase Chain Reaction (PCR) for RNA.
  c) This test is sent to the Wisconsin State Laboratory of Hygiene (WSLH).

Note – A negative <u>Qualitative</u> HCV PCR means the patient has cleared the virus, is not infectious, and does not have to be followed for HCV. Counsel and schedule a repeat Qualitative HCV PCR in 6 months to confirm viral clearance (if most recent negative PCR was done at least 6 months after the positive HCV Ab test, it need not be repeated unless a <u>new</u> HCV infection is suspected.)

**Immunizations** – Assess patient's immunization status to Hepatitis A and B. If susceptible (i.e. not immune by history, previous lab results, or documentation of immunization), schedule immunization series for hepatitis A or B or both with Twinrix series of three.

- ☐ If HIV Positive refer to immunology and follow their recommendations regarding HCV treatment

## STEP 2 – HEPATITIS C TREATMENT CONTRAINDICATIONS & SCREENING EVALUATIONS

**(1) Serious concurrent unstable medical conditions**
- History of solid organ transplant (renal, heart, or lung)
- Certain autoimmune disorders, e.g. autoimmune hepatitis
- Uncontrolled endocrine disorders, e.g. diabetes, thyroid disease
- Serious concurrent medical diseases, such as severe: hypertension, heart failure, coronary heart disease, COPD
- Decompensated cirrhosis (bili ≥ 1.5, INR ≥ 1.5, alb < 3.5, ascites, hepatic encephalopathy)
- Platelet count <75,000/mm3 or ANC <1,500 cells/mm3
- Documented non-adherence to prior therapy, or failure to complete pretreatment evaluation process

**(2) Severe uncontrolled psychiatric disease, particularly unstable Axis I diagnosis and depression with current suicidal risk.**
**(3) Hypersensitivity to minimum required treatment agents (interferon, ribavirin.)**
**(4) Continuing illicit drug use or alcohol use in the last 6 months.**
**(5) Patient will be incarcerated for an insufficient period of time to complete treatment.**
- At least 1 year LOS needed at time of Step 2 assessment - Evaluation and treatment completion takes up to 12 months

**(6) Pregnant.** Re-evaluate when no longer pregnant.
**(7) Patient refuses evaluation or treatment.** See Consent/Refusal to Hepatitis C Treatment (DOC-3429).

- ☐ <u>If any one of the above seven conditions are present, then STOP.</u> No further HCV testing (ie HCV viral load or genotype) is indicated at this time. See Step 4 Monitoring. Develop a medical monitoring plan and address pertinent medical issues. If conditions change, reconsider for HCV treatment.

- ☐ Previous genotype 1 patients who were relapsers or partial responders to Peg-intron & Ribavirin Tx may be considered for triple therapy on a case by case basis. There are currently no plans to re-treat any genotypes 2, 3, or 4 who did not have successful previous treatments.

- ☐ Psychiatric clearance for past or present mental health issues. A psychiatrist needs to complete a <u>DOC-3453</u> for any patient with an MH-2 classification, & any patient on psychiatric meds for a psychiatric diagnoses.
- ☐ ECG for patients with preexisting cardiac disease
- ☐ Exercise stress Test if ≥ age 45 or if ≥ 30 with FHx of premature coronary artery disease
- ☐ Cardiac risk assessment is critical because hemolysis associated with ribavirin may precipitate angina pectoris

## STEP 3 TREATMENT WORK-UP

- ☐ Obtain informed consent   ☐ Quantitative HCV PCR & viral genotype from DOC Contracted Laboratory   ☐ Baseline Tests as noted on reverse.

- ☐ **Viral Genotype 1 or 4, 5, 6** Compute APRI score: $\{(AST \div \text{lab upper limit of normal for AST}) \times 100\} \div \{\text{platelet count} \div 1{,}000\}$
- ☐ Inmates who have an APRI of < 0.5 are lower priority for biopsy; inmates who have an APRI of ≥ 0.5 are higher priority for biopsy—with the higher the APRI, the higher the priority for biopsy.
- ☐ **Viral Genotype 1** – IL 28B human genotype results will be used by UW for prognostic purposes.

- ☐ **Viral Genotype 2 or 3** – Obtain Class III for treatment recommendations from UW. If denied, counsel patient and initiate Step 4 – monitoring. If approved, obtain and initiate treatment recommendations

- ☐ **Other Viral Genotypes** – Uncommon in our population; contact UW Hepatology for recommendations re: genotype & submit Class III for approval

## STEP 4 MONITORING - Have a plan for each patient: Outline the plan clearly on the Problem List/Progress Notes

- ☐ **Hepatocellar carcinoma monitoring**: The risk for development of hepatocellular carcinoma does not begin until the development of cirrhosis has occurred. Therefore neither AFP nor liver U/S or CT are indicated unless cirrhosis is known or strongly suspected. If so, perform AFP & U/S yearly

- ☐ **Labs: Serum ammonia** levels have no prognostic value outside of making a diagnosis of delirium, and should be avoided.
  **HCV viral loads and genotyping** are not necessary unless treatment is indicated.

- ☐ **Repeat liver biopsies**: Determination of timing of a re-biopsy for those patients whose treatment was deferred due to having < Stage II fibrosis on previous biopsy should be based on subsequent increases in the APRI score and/or evidence of steatosis or inflammation. Those who develop clinical evidence of hepatic dysfunction should also be priority candidates for re-biopsy.

- ☐ **Annual review** to assess patient status as regards both potential treatment candidacy and overall status of patient's liver function and related health issues.

**DISTRIBUTION:** Original -- Medical Chart, Care Plan Section

EXHIBIT D  000002