UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

MICHAEL ANTHONY WRIGHT, SR.,

        Plaintiff,

vs.

                                          Case No. 12-cv-870-bbc

CHARLES BAYNTON and SCOTT HOFTIEZER,

        Defendants.

---

## STIPULATION AND ORDER MODIFYING EXPERT DEADLINE

---

The Court's Preliminary Pre-Trial Conference Order (Dkt. No. 33) issued March 21, 2014, identified May 30, 2014 as the deadline for the Proponent's Disclosure of Experts. The Court's Pre-Trial Conference Order also identified June 30, 2014 as the deadline for the Respondents' Disclosure of Experts.

The Parties respectfully request the Court to extend the Proponent's current expert deadline from May 30, 2014 to July 2, 2014 and the Respondents' deadline from June 30, 2014 to July 25, 2014. The Parties believe that good cause exists for this extension, are not filing this Stipulation for purposes of delay or any other improper purpose and believe that this Stipulation will not prejudice the Court's docket.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, subject to the approval of the Court that the Proponent's May 30, 2014 deadline for disclosure of experts shall be extended to July 2, 2014, and the

Respondents' June 30, 2014 deadline for disclosure of experts shall be extended to July 25, 2014.

Dated this 27th day of May, 2014.

| **MICHAEL BEST & FRIEDRICH LLP** | **WISCONSIN DEPARTMENT OF JUSTICE** |
|---|---|
| /s/ Tanya M. Salman | /s/ Ann M. Peacock |
| Tanya M. Salman, SBN 1089151 | Ann M. Peacock, SBN 1046175 |
| S. Edward Sarskas, SBN 1025534 | P.O. Box 7857 |
| One S. Pinckney Street, Ste. 700 | Madison, WI 53701-7857 |
| P.O. Box 1806 | T:  608-266-9230 |
| Madison, WI  53701-1806 | F:  608-267-8906 |
| T: 608-257-3501 | E-mail: peacockam@doj.state.wi.us |
| F: 608-283-2275 | |
| E-mail: tmsalman@michaelbest.com | |
| E-mail: sesarskas@michaelbest.com | |