UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

MICHAEL ANTHONY WRIGHT, SR.,

        Plaintiff,

vs.

Case No. 12-cv-870-bbc

CHARLES BAYNTON and SCOTT HOFTEZER,

        Defendants.

---

### STIPULATED DISMISSAL

---

Pursuant to Rule 41(a)(2)(A)(ii), it is hereby stipulated and agreed by the Plaintiff, by his attorneys, Michael Best & Friedrich, LLP, and the Defendants, by their attorney State of Wisconsin, Department of Justice, that this action be dismissed, with prejudice, and without costs to either party.

Dated this 7th day of August, 2014.

| | |
|---|---|
| **MICHAEL BEST & FRIEDRICH LLP**<br>One S. Pinckney Street, Ste. 700<br>P.O. Box 1806<br>Madison, WI  53701-1806<br>T: 608-257-3501<br>F: 608-283-2275<br><br>100 E. Wisconsin Avenue, Suite 3300<br>Milwaukee, WI 53202<br>T: 414-271-6560<br>F: 414-277-0656 | By:/s/ Tanya M. Salman<br>   Tanya M. Salman, SBN 1089151<br>   tmsalman@michaelbest.com<br>   S. Edward Sarskas, SBN 1025534<br>   sesarskas@michaelbest.com<br><br>Attorneys for Plaintiff<br>Michael Anthony Wright, Sr. |

Dated this 7th day of August, 2014.

| | |
|---|---|
| State of Wisconsin | By: /s/ Ann M. Peacock |
| Department of Justice | Ann M. Peacock, SBN 1046175 |
| P.O. Box 7857 | peacockam@doj.state.wi.us |
| Madison, WI 53701-7857 | |
| T:  608-266-9230 | Attorneys for Defendants |
| F:  608-267-8906 | Charles Baynton, Scott Hoftiezer |

206820-0001\15475730.1